UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPRIO, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>NEIL ZACCARI,<br><br>  Defendant. | Civil Action No. 18-2180 (JDB) |

### ORDER

Upon consideration of [59] plaintiff's motion under Fed. R. Civ. P. 56 for summary judgment on breach of contract, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [59] the motion for summary judgment is **GRANTED**; it is further

**ORDERED AND DECLARED** that Zaccari assigned his right, title, and interest in and to the CRR Software, as well as all trade secret, patent, copyright, mask work, and other intellectual property rights with respect to he CRR Software, to Apprio; it is further

**ORDERED** that because Zaccari has breached the Proprietary Information and Assignment of Inventions Agreement, final judgment on Count I is entered on behalf of Apprio, including designation of Apprio as the prevailing party; it is further

**ORDERED** that Zaccari shall relinquish to Apprio all copies of the CRR Software and related documentation in his possession; it is further

**ORDERED** that Zaccari shall execute an assignment to Apprio designating Apprio as owner of copyright TXu002082202 titled "CRR_Automated Search_Application"; it is further

**ORDERED** that the deadline to file a motion for attorney's fees under Fed. R. Civ. P. 54(d)(2)(B) is **STAYED**; it is further

**ORDERED** that pursuant to L. Civ. R. 54.2, the parties will confer and attempt to reach agreement on all fee issues; and it is further

**ORDERED** that a status conference shall be set for April 29, 2022 at 10:00 AM in Telephonic/VTC, at which the Court will (1) determine whether settlement of any and or all aspects of the fee matter has been reached, (2) enter judgment for any fee on which agreement has been reached, (3) make the determination regarding pending appeals required by paragraph (b) of L. Civ. R. 54.2, and (4) set a schedule for completion of any fee litigation.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: March 31, 2022